FORD MOTOR COMPANY, Respondent, v. PRINCE LINE, LTD., Appellant.— Judgment unanimously affirmed, with costs, pursuant to the provisions of section 106 of the Civil Practice Act. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

BEN FREEDMAN, Respondent, v. MORRIS ROBBINS, Appellant.— Judgment and order reversed on the facts and a new trial granted, costs to appellant to abide the event. Plaintiff's claim is based on an alleged original promise made by the defendant to the Maxol Plumbing Supply Company, a copartnership, and the assignors of the plaintiff, to pay for certain materials ordered by Stoerzinger who had a contract with the defendant to do the plumbing work. The plaintiff's claim is negatived by the exhibits in the record and the verdict is against the weight of evidence. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

JOSEPH A. GRAFF, Respondent, v. BERNWITT CORPORATION, Defendant, and THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.— Judgment modified by striking out the provisions giving the plaintiff an additional allowance of $200, and as so modified unanimously affirmed, with costs to respondent. In our opinion, the case is not a difficult and extraordinary one, and there is no basis upon which an additional allowance can be made. The tenth conclusion is reversed in so far as it concerns an additional allowance. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

CLARE J. HICKS, Respondent, v. PERCY A. WILLIAMS, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to Certain Lands and Premises Located on East Eighth Street and East Ninth Street, South of Avenue P, in the Borough of Brooklyn. ANNA VON RODECK, Appellant, Respondent; THE CITY OF NEW YORK, Respondent, Appellant.— Final decree unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

In the Matter of the Application of PINCUS FENSTER to Vacate an Alleged Award of Certain Arbitrators. In the Matter of the Application of BENJAMIN TURK, Respondent, to Confirm the Arbitration Award against PINCUS FENSTER, Appellant.— Order granting motion to confirm award of arbitrators and directing judgment in favor of respondent, judgment entered thereon and order denying motion to vacate award reversed upon the law and the facts, with costs; motion to confirm award denied, without costs; motion to vacate award granted, with ten dollars costs, and judgment vacated. The circumstances shown by the record are such as to convince the court that appellant did not receive a fair trial. His remedy is to sue in equity to set aside the arbitration agreement on the ground of duress. (Civ. Prac. Act, § 1457.) Carswell, Scudder, Tompkins and Davis, JJ., concur; Lazansky, P. J., concurs in result.